IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                         )<br>            Plaintiff,   )<br>                                         )<br>      v.                          )<br>                                         )<br>JOSEPH L. HILL,                   )<br>                                         )<br>           Defendant.  )<br>                                       ) | 4:95CR3002<br><br>REASSIGNMENT ORDER |

This matter is before this court sua sponte. This court believes that this case is related to Case No. 8:06CR135 *United States v. Joseph Lee Hill.*

IT IS ORDERED that this case is reassigned to District Judge Laurie Smith Camp for disposition and to Magistrate Judge Thomas D. Thalken for judicial supervision.

DATED this 30th day of May, 2006.

BY THE COURT:


**s/ Joseph F. Bataillon**
United States District Judge